# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LINDSAY BETH SMITH,

Appellant,

v.

NOLAND RANDOLPH MATTOCKS, III,

Appellee.

No. 2D22-3542

_____

September 15, 2023

Appeal from the Circuit Court for Manatee County; Diana L. Moreland, Judge.

Lindsay Smith, pro se.

No appearance for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.